IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARIA SYLVIA GARCIA,
a/k/a GRACIELLA ARGEAGA,

       Petitioner,

v.                                                          CASE NO. 4:05-cv-00255-MP-AK

MILDRED RIVERA,

       Respondent.

_____/

## ORDER

       This cause is before the Court on Petitioner's § 2241 petition.  Doc. 1.  She has not paid the filing fee or moved for leave to proceed *in forma pauperis*.  Nevertheless, to expedite consideration of this matter,  leave for her to proceed IFP is **GRANTED SUA SPONTE**.

       **DONE AND ORDERED** this  **1st** day of August, 2005.


**s/ A. KORNBLUM**_____
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**